```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 37206
    CARLA L HOGAN-JOHNSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2544

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/07/2004 and was confirmed 01/24/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  15.28% from remaining funds.

     The case was paid in full 08/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
DELL FINANCIAL               SECURED             400.00         30.88         400.00
DELL FINANCIAL               UNSECURED          1799.74           .00         274.98
FORD MOTOR CREDIT            SECURED           10950.00       1234.75       10950.00
FORD MOTOR CREDIT            UNSECURED          8013.19           .00        1224.33
PROVINCETOWN IMPROVEMENT     CURRENT MORTG         .00            .00            .00
PROVINCETOWN IMPROVEMENT     MORTGAGE ARRE      860.59            .00         860.59
EVERHOME MORTGAGE            CURRENT MORTG         .00            .00            .00
EVERHOME MORTGAGE            MORTGAGE ARRE     2289.71            .00        2289.71
ALLIED INTERSTATE            NOTICE ONLY     NOT FILED            .00            .00
BALLYS TOTAL FITNESS         UNSECURED       NOT FILED            .00            .00
CONSULTANTS IN LAB MED       UNSECURED       NOT FILED            .00            .00
PREMIER BANCARD CHARTER      UNSECURED          121.04            .00          18.49
ECAST SETTLEMENT CORP        UNSECURED OTH     678.76            .00         103.58
ECAST SETTLEMENT CORP        UNSECURED        1090.75            .00         166.66
JONES AND JONES              UNSECURED       NOT FILED            .00            .00
LASALLE BANK                 UNSECURED       NOT FILED            .00            .00
MH COHON LAW OFFICES         NOTICE ONLY     NOT FILED            .00            .00
NATIONWIDE BUDGET FINANC     UNSECURED       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE     UNSECURED          168.95            .00          25.82
COLLECTION SVC DIV           NOTICE ONLY     NOT FILED            .00            .00
PROVINCETOWN IMPROVEMENT     UNSECURED       NOT FILED            .00            .00
AT & T BANKRUPCTY            UNSECURED          838.78            .00         128.16
SOUTHWEST CREDIT SYSTEM      NOTICE ONLY     NOT FILED            .00            .00
TCF ILLINOIS BANKING FA      UNSECURED       NOT FILED            .00            .00
ISAC                         UNSECURED        14990.42            .00        2290.37
WEXLER & WEXLER              NOTICE ONLY     NOT FILED            .00            .00
GOLF MILL FORD               UNSECURED OTH     518.68            .00          79.23
PORTFOLIO ACQUISITIONS       UNSECURED         1180.45            .00         180.36
LEGAL HELPERS PC             DEBTOR ATTY      1,700.00                      1,700.00
TOM VAUGHN                   TRUSTEE                                        1,362.09
DEBTOR REFUND                REFUND                                           320.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 37206 CARLA L HOGAN-JOHNSON
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    23,640.00

PRIORITY                                                    .00
SECURED                                               14,500.30
    INTEREST                                           1,265.63
UNSECURED                                              4,491.98
ADMINISTRATIVE                                         1,700.00
TRUSTEE COMPENSATION                                   1,362.09
DEBTOR REFUND                                            320.00
                         ---------------         ---------------
TOTALS                     23,640.00                  23,640.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/20/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE